## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAMADOU ALIOU BAH,             :
               Petitioner,       :
                              :
      v.                     :    **Civ. No. 26-3329**
                              :
JAMAL L. JAMISON, *et al.*,     :
               Respondents.      :

---

## O R D E R

**AND NOW**, this 19th day of May, 2026, upon consideration of Mamadou Aliou Bah's Petition (Doc. No. 1) it is hereby **ORDERED** that the Government **SHALL respond** to the Petition (Doc. No. 1) <u>**on or before**</u> noon on **May 22, 2026.**

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.