# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAMADOU ALIOU BAH,         :
         **Petitioner,**      :
                         :
     v.               :      **Civ. No. 26-3329**
                         :
**J.L. JAMISON,** *et al.*,     :
         **Respondents.**     :

---

## O R D E R

**AND NOW**, this 17th day of June, 2026, upon consideration of Petitioner's Motion for Reconsideration (Doc. No. 6) and Motion for Leave to File Excess Pages (Doc. No. 7), it is hereby **ORDERED** that the Government **SHALL respond** to the Motions (Doc. Nos. 6, 7) <u>on or before</u> June 19, 2026 at 3 p.m.

                                   **AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.